UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 16-12497-RGS

LUCRETIA ISABEL RAMIREZ ROBLES

v.

NANCY BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

February 27, 2018

STEARNS, D.J.

I agree with Magistrate Judge Kelley's careful dissection of the record in this appeal of a determination by the Commissioner of Social Security that plaintiff Lucretia Isabel Ramirez Robles' is not disabled within the meaning of the Social Security Act.[1]  More particularly, I agree that the Administrative Law Judge's (ALJ) recitation of Robles' activities is inaccurate in several respects, that there is no support in the opinions of the agency psychologists for the ALJ's findings with respect to Robles' PTSD, and that the record does not support his determination that Dr. Tejwani's treating sources opinions

---

[1] The government has not filed an objection to the Magistrate Judge's Report.

did not deserve controlling weight and was made without due consideration of the six criteria set out in 20 C.F.R. § 404.1527.

Consequently, the Recommendation is <u>ADOPTED</u> and the case is <u>REMANDED</u> for further consideration and correction of the deficiencies identified in the Magistrate Judge's Report. The Motion for Order Affirming the Decision of the Commissioner is <u>DENIED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE